HARVEY F. CARR, receiver, &c., appellant,

*v.*

STERLING REALTY CORPORATION et al., respondents.

[Decided September 28th, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, and reported in *94 N. J. Eq. 128.*

*Messrs. Bleakly, Stockwell & Burling,* for the appellant.

*Messrs. Cole & Cole.* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance* — THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, VAN BUSKIRK—10.

*For reversal*—None.